[No. 34602–4–I.    Division One.    June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
YANTIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94–1–00185–6, Robert H. Alsdorf, J., entered
April 18, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 34652–1–I.    Division One.    June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE
BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94–1–00563–1, George T. Mattson, J., entered
May 2, 1994. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 34896–5–I.    Division One.    June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNWOOD
PELOT, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93–1–00565–7, John M. Darrah, J.,
entered June 10, 1994. *Affirmed* by unpublished per
curiam opinion.

[No. 36102–3–I.    Division One.    June 3, 1996.]

PENNY LINBERG, *as Personal Representative,
Appellant*, v. KARON JO STENTZ, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93–2–13579–3, Charles V. Johnson, J., entered
January 17, 1995. *Reversed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse and Webster, JJ.